# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES PENSIONERS AND SURVIVING SPOUSES HEALTH FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES RETIREMENT TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES DEFINED CONTRIBUTION TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES VACATION AND HOLIDAY TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES CHRISTMAS BONUS FUND; TRUSTEES OF THE APPRENTICE AND JOURNEYMAN TRAINING TRUST FUND; TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND; AND TRUSTEES OF THE INTERNATIONAL TRAINING FUND, <br><br>   Plaintiffs, <br><br>   v. <br><br> CANA PLUMBING, INC., a California corporation; and TOMMY LEE, an individual, <br><br>   Defendants. | CASE NO.: CV12-1399 MWF (CWx) <br><br> ASSIGNED TO THE HONORABLE MICHAEL W. FITZGERALD <br><br> **JUDGMENT** |

1  This action having been commenced on August 24, 2012, and the Court having approved the stipulation for entry of judgment in favor of plaintiffs Trustees of the Southern California Pipe Trades Health and Welfare Trust Fund, et al., and against defendants Cana Plumbing, Inc. and Tommy Lee, and for good cause shown,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

Plaintiffs Trustees of the Southern California Pipe Trades Health and Welfare Trust Fund, Trustees of the Southern California Pipe Trades Pensioners and Surviving Spouses Health Fund, Trustees of the Southern California Pipe Trades Retirement Trust Fund, Trustees of the Southern California Pipe Trades Defined Contribution Trust Fund, Trustees of the Southern California Pipe Trades Vacation and Holiday Trust Fund, Trustees of the Southern California Pipe Trades Christmas Bonus Fund, Trustees of the Apprentice and Journeyman Training Trust Fund, Trustees of the Plumbers and Pipefitters National Pension Fund, and Trustees of the International Training shall recover from defendants Cana Plumbing, Inc. and Tommy Lee, jointly and severally, the principal amount of $47,483.48, together with pre-judgment and post-judgment interest thereon at the rate of eight percent (8%) per annum accruing from September 15, 2012, until paid in full

DATED: October 29, 2012

_____
HONORABLE MICHAEL W. FITZGERALD
U.S. DISTRICT COURT JUDGE

2
**JUDGMENT**

CANA\_PROPOSED ORDER.DOC